**Abatement Order filed September 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00237-CV
_____

## DOJO BAY HOUSE, LLC, Appellant

## V.

## TOM PICKFORD, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2019-60692-A**

## ABATEMENT ORDER

On September 3, 2020, appellant notified this court that the parties scheduled a mediation for October 15, 2020 and filed a motion to extend time to file its brief until after that mediation concluded. We deny the motion to extend time and abate this case for mediation.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **November 13, 2020**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.